IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVEION CASON<br><br>and<br><br>DONALD VINCENT MAJKOWSKI,<br><br>in their individual capacity and on behalf of others similarly situated,<br><br>                                   Plaintiffs,<br><br>   v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION,<br><br>THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN BOARD,<br><br>THE NFL PLAYER DISABILITY AND NEUROCOGNITIVE BENEFIT PLAN BOARD,<br><br>and<br><br>NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,<br><br>                                   Defendants. | No. 1:20-cv-01875-TNM |

**[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL FOOTBALL
LEAGUE MANAGEMENT COUNCIL'S MOTION TO DISMISS**

      This matter is before the Court on Defendant National Football League Management Council's ("NFLMC") Motion to Dismiss Plaintiffs' Class Action Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

      The Court, having considered the motions and responses, the parties' respective exhibits, and the arguments of counsel, is of the opinion that Defendant NFLMC's Motion to Dismiss

should be, and hereby is, **GRANTED**. Counts I-IV and Count VI of Plaintiffs' Class Action Complaint against NFLMC are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: _____, 2020      _____
                                                                     The Honorable Trevor N. McFadden
                                                                     United States District Judge

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.