**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AVEION CASON and DONALD VINCENT MAJKOWSKI, in their individual capacity and on behalf of others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, *et al*., <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      No. 1:20-cv-1875-TNM |

**DECLARATION OF MICHAEL L. JUNK IN SUPPORT OF**
**THE BOARD DEFENDANTS' MOTION TO DISMISS**

Pursuant to section 1746 of Title 28 of the United States Code, MICHAEL L. JUNK declares as follows:

1.      I am of counsel with Groom Law Group, Chartered, and counsel for DEFENDANTS RETIREMENT BOARD of the BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN and DISABILITY BOARD of the NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN (collectively, the "Board Defendants").

2.      I submit this declaration in support of the Board Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint.

3.      Attached hereto as **Exhibit A** to the Board Defendants' Motion to Dismiss is a true and correct copy of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, amended and restated as of April 1, 2014.

1

4.      Attached hereto as **Exhibit B** to the Board Defendants' Motion to Dismiss is a true and correct copy of the NFL Player Disability & Neurocognitive Benefit Plan, amended and restated as of April 1, 2019.

5.      Attached hereto as **Exhibit C** to the Board Defendants' Motion to Dismiss is a true and correct copy of relevant excerpts from the Collective Bargaining Agreement executed between the NFL Players Association and the NFL Management Council, dated August 4, 2011.

6.      Attached hereto as **Exhibit D** to the Board Defendants' Motion to Dismiss is a true and correct copy of the Summary Plan Description for the Bert Bell/Pete Rozelle NFL Player Retirement Plan, dated December 2018.

7.      Attached hereto as **Exhibit E** to the Board Defendants' Motion to Dismiss is a true and correct copy of the Summary Plan Description for the NFL Player Disability & Neurocognitive Benefit Plan, dated August 2019.

8.      Attached hereto as **Exhibit F** to the Board Defendants' Motion to Dismiss is a true and correct copy of relevant excerpts from the Collective Bargaining Agreement executed between the NFL Players Association and the NFL Management Council, dated March 15, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 20, 2020                    Respectfully submitted,

GROOM LAW GROUP, CHARTERED

By:    _____
       Michael L. Junk, DC Bar No. 476886
       1701 Pennsylvania Avenue NW
       Washington, DC 20006
       P: (202) 857-0620
       F: (202) 659-4503
       mjunk@groom.com

COUNSEL FOR DEFENDANTS
RETIREMENT BOARD of the BERT
BELL/PETE ROZELLE NFL PLAYER
RETIREMENT PLAN and DISABILITY
BOARD of the NFL PLAYER DISABILITY
& NEUROCOGNITIVE BENEFIT PLAN