## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVEION CASON and<br>DONALD VINCENT MAJKOWSKI,<br>in their individual capacity and on<br>behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE<br>PLAYERS ASSOCIATION, THE BERT<br>BELL/PETE ROZELLE NFL PLAYER<br>RETIREMENT PLAN BOARD, THE NFL<br>PLAYER DISABILITY AND<br>NEUROCOGNITIVE BENEFIT PLAN<br>BOARD, and NATIONAL FOOTBALL<br>LEAGUE MANAGEMENT COUNCIL,<br><br>Defendants. | No. 1:20-cv-01875-TNM |

### JOINT MOTION TO MODIFY THE BRIEFING SCHEDULE
### ON CONTEMPLATED MOTIONS TO DISMISS AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and this Court's Standing Order (ECF

No. 5), Plaintiffs Aveion Caseon and Donald Vincent Majkowski and Defendants National

Football League Players Association ("NFLPA"), Bert Bell/Pete Rozelle NFL Player Retirement

Plan Board, NFL Player Disability and Neurocognitive Benefit Plan Board, and National

Football League Management Council ("NFLMC"), by and through their respective counsel of

record, hereby jointly move for an order finding that the Amended Complaint (ECF No. 34) has

mooted Defendants' previously filed motions to dismiss (ECF Nos. 22, 24, 27) and modifying

the briefing schedule on Defendants' contemplated motions to dismiss Plaintiffs' Amended

Complaint as follows:

- Defendants shall respond to the Amended Complaint by no later than November 17, 2020;

- Plaintiffs shall file a consolidated opposition to Defendants' motions to dismiss of no more than 70 pages in length by no later than December 9, 2020;

- Defendants shall file their replies to Plaintiffs' consolidated opposition by no later than December 23, 2020.

In support of this motion, the parties state as follows:

1.      Plaintiffs initiated this putative class action lawsuit by filing a Complaint on July 10, 2020 (ECF No. 1).  On September 20, 2020, Defendants moved to dismiss the Complaint (ECF Nos. 22, 24, 27).  Plaintiffs subsequently amended their Complaint on October 13, 2020 (ECF No. 34).

2.      Pursuant to Federal Rule of Civil Procedure 15, "[u]nless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."  Fed. R. Civ. P. 15(a)(3).  The current deadline for Defendants to respond to the Amended Complaint is October 27, 2020.

4.      "When an act may or must be done within a specified time, the court may, for good cause, extend the time … if a request is made before the original time or its extension expires…."  Fed. R. Civ. P. 6(b)(1)(A).  Good cause exists to extend the deadline for Defendants' response to the Amended Complaint because Plaintiffs' amendments included the addition of a number of new factual allegations, as well as a new count against Defendants NFLMC and NFLPA for breach of fiduciary duty for the failure to monitor appointed fiduciaries, thereby mooting the original motions to dismiss.  *See generally* Pls.' Am. Compl. (ECF No. 34).

Defendants need time to review, evaluate, and respond to these new allegations and the additional legal claim.  Additionally, Plaintiffs' counsel requires more time than the default fourteen days, *see* Local Civil Rule 7(c), to fully address the motions to dismiss and the contemplated volume of that briefing as Defendants intend to file three separate motions to dismiss.  Plaintiffs also request leave to file a consolidated opposition of no more than 70 pages in response to Defendants' motions to dismiss.  Defendants will likewise require more time than the default seven-day period, *see* Local Civil Rule 7(d), to prepare reply memoranda given the contemplated volume of Plaintiffs' opposition brief.  The number of parties and volume of required briefing needed on all sides to respond to the Amended Complaint and address the issues that will be implicated by Defendants' motions to dismiss are an exceptional circumstance that warrants extension of time in this case.  *See* Standing Order (ECF No. 5) at ¶ 9.

5.     Plaintiffs have previously received two extensions in this case: one for an extension of the deadline for submission of an opposition to Defendants' original motions to dismiss (ECF No. 32) and one for an extension of the deadline to file a motion for class certification (ECF No. 33).  Defendants have previously received one extension in this case to file their replies in support of their original motions to dismiss (ECF No. 32).

6.     The requested extensions in this motion will not have any impact on any other dates in this case.

Accordingly, for the foregoing reasons, the parties respectfully request that this Court extend the deadlines for the briefing schedule on the contemplated motions to dismiss Plaintiffs' Amended Complaint as referenced in this motion.

Dated: October 20, 2020                              Respectfully submitted,

/s/ *Colin M. Downes*                              /s/ *William G. Miossi*

Colin M. Downes (D.C. Bar No. 1048761)      William G. Miossi (Bar No. 445265)
R. Joseph Barton (D.C. Bar No. 476510)       Lauren Gailey (Bar No. 1631587)
BLOCK & LEVITON LLP                          WINSTON & STRAWN LLP
1735 20th Street NW                          1901 L Street N.W.
Washington, DC 20009                         Washington, DC 20036
Telephone: (202) 734-7046                    Tel: (202) 282-5000
Email: colin@blockesq.com                    Fax: (202) 282-5100
Email: jbarton@blockesq.com                  wmiossi@winston.com
                                             lgailey@winston.com
Ray Genco (*pro hac vice*)
GENCO LAW FIRM                               Jeffrey L. Kessler (*pro hac vice* pending)
177 Huntington Ave                           David L. Greenspan (*pro hac vice* pending)
Boston, MA 02115                             WINSTON & STRAWN LLP
Telephone: (561) 614-4256                    200 Park Avenue
Email: ray@gencolaw.com                      New York, NY 10166
                                             Tel: (212) 294-6700
James A. Walcheske (*pro hac vice*)          Fax: (212) 294-4700
Scott S. Luzi (*pro hac vice*)               jkessler@winston.com
Paul M. Secunda (*pro hac vice*)             dgreenspan@winston.com
WALCHESKE & LUZI, LLC
15850 W. Bluemound Rd., Suite 304            *Counsel for Defendant National Football League P*
Brookfield, Wisconsin 53005                  *Association*
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: jwalcheske@walcheskeluzi.com
E-Mail: sluzi@walcheskeluzi.com
E-Mail: psecunda@walcheskeluzi.com

*Counsel for the Plaintiffs*

/s/ *Michael L. Junk*                              /s/ *Stacey R. Eisenstein*

Michael L. Junk, DC Bar No. 476886          Stacey R. Eisenstein (D.C. Bar No. 474699)
Shaun A. Gates, DC Bar No. 1034196          Nathan J. Oleson (D.C. Bar No. 468592)
1701 Pennsylvania Avenue NW                  Amanda S. McGinn (D.C. Bar No. 1049085)
Washington, DC 20006                         AKIN GUMP STRAUSS HAUER & FELD LLP
P: (202) 857-0620                            2001 K Street, NW
F: (202) 659-4503                            Washington, D.C. 20006
mjunk@groom.com                              (202) 887-4000 (phone)
sgates@groom.com                             (202) 887-4288 (facsimile)

| | |
|---|---|
| *Counsel for Defendants Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan and Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan* | seisenstein@akingump.com<br>noleson@akingump.com<br>amcginn@akingump.com<br><br>*Attorneys for Defendant National Football League Management Council* |