# EXHIBIT E



**UNITED STATES GOVERNMENT**
## NATIONAL LABOR RELATIONS BOARD
**OFFICE OF THE GENERAL COUNSEL**
Washington, DC  20570

August 14, 2020

PETER R. GINSBERG, ESQ.
SULLIVAN & WORCESTER, LLP
1633 BROADWAY
NEW YORK, NY 10019

          Re:    National Football League Players
                 Association (Los Angeles Chargers)
                 Case 21-CB-257665

Dear Mr. Ginsberg:

      Your appeal from the Regional Director's refusal to issue complaint has been carefully considered. The appeal is denied substantially for the reasons in the Regional Director's letter of May 6, 2020.

      On appeal, you assert that the Regional Office failed to conduct a proper investigation into your unfair labor practice charge. You also allege that the Regional Office overlooked evidence that your client's actions were for his personal use and that the Union treated your client disparately. You also argue that the Regional Office erred by focusing only on the ratification issue rather than the other internal anomalies that you raised and that the constitutional provisions required no interpretation as they were clear on their face. Lastly, you requested oral argument before the General Counsel.

      The Regional Office properly conducted its investigation in accordance with the Agency's well-established guidelines and procedures. Its investigation was sufficient to resolve all of the unfair labor practice allegations in the underlying charge. Contrary to your appeal, the evidence was insufficient to conclude that the Union took internal action against your client because of his protected activities or treated your client disparately because of them. Even assuming, but without finding so, the Union's actions did not violate the Board's policy under *OPEIU, Local 251 (Sandia Nat'l Labs)*, 331 NLRB 1417 (2000).

      Regarding the Union's internal procedures and ratification, the Board has found that a union has the ability to decide how to carry out its ratification process. *International Longshoremen's Association, Local 1575, AFL-CIO (Navieras, NPR, Inc.)*, 332 NLRB 1336 (2000). When a union seeks "employee ratification, it is for the union 'to construe and apply its internal regulations relating to what would be sufficient to amount to ratification." *Id.* at 1336 citing *M & M Oldsmobile*, 156 NLRB 903, 905 (1966), enfd. 377 F.2d 712 (2d Cir. 1967).

National Football League Players
Association (Los Angeles Chargers)
Case 21-CB-257665                                                                                                     -2

==Here the evidence failed to establish that the Union's handling of the ratification of its contract or any of the other alleged internal anomalies violated the National Labor Relations Act.== Finally, it was determined that oral argument would not materially aid the resolution of the appeal. Accordingly, your appeal is denied.

                                              Sincerely,

                                              Peter Barr Robb
                                              General Counsel

                                              *[signature: Mark E. Arbesfeld]*

                                    By:       _____
                                              Mark E. Arbesfeld, Director
                                              Office of Appeals

cc:     WILLIAM B. COWEN                          ROBERT A. BOLAND, ESQ
        REGIONAL DIECTOR                          122 WESTMINSTER CT
        NATIONAL LABOR RELATIONS                  STATE COLLEGE, PA 16803-2602
         BOARD
        US COURT HOUSE, SPRING ST                 LAURENCE M. GOODMAN, ESQ.
        312 N SPRING ST 10TH FL                   WILLIG, WILLIAMS & DAVIDSON
        LOS ANGELES, CA 90012                     1845 WALNUT ST 24TH FL
                                                  PHILADELPHIA, PA 19103
        DEMAURICE SMITH
        EXECUTIVE DIRECTOR                        RUSSELL OKUNG
        NATIONAL FOOTBALL LEAGUE                  3419 VIA LIDO #307
         PLAYERS ASSOCIATION                      NEWPORT BEACH, CA 92663
        1133 20TH ST NW
        WASHINGTON, DC 11332-0200

        JOSEPH D. RICHARDSON, ESQ.
        WILLIG, WILLIAMS & DAVIDSON
        1845 WALNUT ST 24TH FL
        PHILADELPHIA, PA 19103

National Football League Players
Association (Los Angeles Chargers)
Case 21-CB-257665                                                                                                          -3

    DEAN SPANOS, CONTROLLING     JOSHUA FOX
      OWNER/CHAIRMAN OF THE     PROSKAUER ROSE LLP
      BOARD     ELEVEN TIMES SQ
    LOS ANGELES CHARGERS     NEW YORK, NY 10036-8299
    3333 SUSAN ST
    COSTA MESA, CA 92626

vrm