**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AVEION CASON and<br>DONALD VINCENT MAJKOWSKI,<br>in their individual capacity and on<br>behalf of others similarly situated,<br><br>                              Plaintiffs,<br><br>   v.<br><br>NATIONAL FOOTBALL LEAGUE<br>PLAYERS ASSOCIATION, THE BERT<br>BELL/PETE ROZELLE NFL PLAYER<br>RETIREMENT PLAN BOARD, THE NFL<br>PLAYER DISABILITY AND<br>NEUROCOGNITIVE BENEFIT PLAN<br>BOARD, and NATIONAL FOOTBALL<br>LEAGUE MANAGEMENT COUNCIL,<br><br>                             Defendants. | No. 1:20-cv-01875-TNM |

**[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL
FOOTBALL LEAGUE MANAGEMENT COUNCIL'S
<u>MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT</u>**

This matter is before the Court on Defendant National Football League Management Council's ("NFLMC") Motion to Dismiss Plaintiffs' Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

The Court, having considered the motions and responses, the parties' respective exhibits, and the arguments of counsel, is of the opinion that Defendant NFLMC's Motion to Dismiss should be, and hereby is, **GRANTED**. Counts I-IV, Count VII, and Count VIII of Plaintiffs' Class Action Amended Complaint against the NFLMC are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: _____, 2020

_____
The Honorable Trevor N. McFadden
United States District Judge

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.