UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVEION CASON, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NATIONAL FOOTBALL LEAGUE<br>PLAYERS ASSOCIATION, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-01875 (TNM) |

# ORDER

Upon consideration of Defendants' Motions to Dismiss, the pleadings, relevant law, and related legal memoranda in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Defendants' [36], [37], and [38] Motions to Dismiss are GRANTED in part insofar as they seek dismissal of the Plaintiffs' [34] Amended Complaint but DENIED in part insofar as they seek dismissal with prejudice; it is further

**ORDERED** that Plaintiffs' [34] Amended Complaint is DISMISSED without prejudice.

This is a final, appealable order. The Clerk of Court is requested to close the case.

**SO ORDERED**.


Dated: May 7, 2021　　　　　　　　　　　　　　　　TREVOR N. McFADDEN, U.S.D.J.